

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B. AND C.D.B, CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The clerk's record and the reporters records from Tracy Ray Plummer and Maria Fattahi were originally due on February 18, 2021. On February 9, 2021, Ms. Plummer filed a Notification of Extension Request stating she has not yet been paid for her records. On February 22, 2021, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

On February 23, 2021, this court ordered appellant to provide written proof to this court that: (A) either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee; and (B) either (1) Ms. Plummer's reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying Ms. Plummer's reporter's fee. On February 24, 2021, appellant informed this court that (1) the district clerk has been paid, (2) Ms. Fattahi has been paid, and (3) a deposit has been paid to Ms. Plummer.

Accordingly, the district clerk, Ms. Plummer, and Ms. Fattahi are hereby ORDERED to file their respective records **no later than March 29, 2021.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.



Michael A. Cruz,
Clerk of Court